FILED
10/30/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Emergency 2241 Motion

Michael Jackson                                    10-26-23

    VS                                    2:23-cv-00509-JRS-MKK

T. Rule.

    I have been locked up since April 7, 2022 for a 922(G). And I have be earning Time credits (ETC) towards my release, due to the First Step Act (FSA). I have been earning 10 days per month, but have not been getting them applied towards my sentence at all. As of right now I've earned 180 days & counting. The warden T. Rule have been denying the (ETC) towards my sentence from the (FSA) because I'm not low or minimum Recidivism. But in the (FSA) it don't state that you cant apply the (ETC) days if your not a low or minimum. It states "If you are a low or minimum Recidivism, you can earn 15 days, every 30 days, And if you are a High or Medium you can earn 10 days, every 30 days. I am Just Asking for this (ETC) to be corrected, because the warden T. Rule saying he is not going to grant it because he says the 922(G) is violent. How can the warden T. Rule go against the (FAS) law?

Michael Jackson