UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MICHAEL JACKSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:23-cv-00509-JRS-MKK |
| T. RULE, | ) ) ) |
| Respondent. | ) ) |

## **FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT.

The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **dismissed with prejudice.**

Date: 1/25/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

MICHAEL JACKSON
85495-509
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Joi Kamper
DOJ-USAO
joi.kamper@usdoj.gov